## MEMORANDUM DECISIONS.

ANABEL WILSON, *Appellee*, v. THE METROPOLITAN STREET RAILWAY COMPANY, *Appellant*.

No. 17,348.

Appeal from Wyandotte district court. Opinion filed January 6, 1912. Affirmed.

*Miller & Miller*, for the appellant; *Samuel Maher*, of counsel.

*Per Curiam:* This was an action to recover damages for personal injuries sustained in falling or being thrown from a street car. In defense contributory negligence of the plaintiff was alleged.

Substantially all the questions raised in this case are decided in *Behen v. Street Railway Co.*, 85 Kan. 491, 499, 500, 118 Pac. 73, and in *Altwein v. Street Railway Co.*, ante, p. 220.

The judgment is affirmed.

---

MAGGIE BURNETT, *Appellee*, v. THE METROPOLITAN STREET RAILWAY COMPANY, *Appellant*.

No. 17,389.

Appeal from Wyandotte district court. Opinion filed January 6, 1912. Affirmed.

*O. L. Miller*, and *C. A. Miller*, for the appellant; *Samuel Maher*, of counsel.

*T. P. Anderson*, and *E. K. Robinett*, for the appellee.

*Per Curiam:* This was an action to recover damages for personal injuries sustained in falling or being thrown from a street car. In defense contributory negligence of the plaintiff was alleged.

Substantially all the questions raised in this case are decided in *Behen v. Street Railway Co.*, 85 Kan. 491, 499, 500, 118 Pac. 73, and in *Altwein v. Street Railway Co.*, ante, p. 220.

The judgment is affirmed.